UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:00-00188 |
| | ) | JUDGE CAMPBELL |
| JERMOLAI DAQUINN GOFF | ) | |

ORDER

Pending before the Court is Defendant's Motion for Early Termination of Supervised Release (Docket No. 1081) and the Government's Response (Docket No. 1082). For the reasons stated in the Government's Response (Docket No. 1082), the Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE